# *Schedule*

| Line 1 | Claim No. | 1 |
|--------|-----------|---|
| Line 2 | Musical Composition | Rinconcito En El Cielo |
| Line 3 | Writer(s) | Carlos Cardenas |
| Line 4 | Publisher Plaintiff(s) | Freddie Martinez, an individual d/b/a Marfre Music |
| Line 5 | Date(s) of Registration | 11/10/87 |
| Line 6 | Registration No(s). | PAu 1-038-421 |
| Line 7 | Date(s) of Infringement | 9/1/18 |
| Line 8 | Place of Infringement | Vida Mariscos |

---

| Line 1 | Claim No. | 2 |
|--------|-----------|---|
| Line 2 | Musical Composition | Una Pagina Mas |
| Line 3 | Writer(s) | Raul Ramirez |
| Line 4 | Publisher Plaintiff(s) | San Antonio Music Publishers, Inc. |
| Line 5 | Date(s) of Registration | 10/17/94 |
| Line 6 | Registration No(s). | PAu 1-925-362 |
| Line 7 | Date(s) of Infringement | 9/1/18 |
| Line 8 | Place of Infringement | Vida Mariscos |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Que Paso a/k/a (Hay Baby) Que Pa So |
| Line 3 | Writer(s) | Augie Meyers; Bill Sheffield |
| Line 4 | Publisher Plaintiff(s) | August E. Meyer, Jr. and Anthony Tomblin a/k/a Lucky Tomblin, a partnership d/b/a Brujo Music |
| Line 5 | Date(s) of Registration | 12/27/90 |
| Line 6 | Registration No(s). | PA 498-740 |
| Line 7 | Date(s) of Infringement | 3/2/17 |
| Line 8 | Place of Infringement | Vida Mariscos |